COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER ON MOTION TO RECONSIDER MOTION FOR REHEARING EN BANC

Cause number:  01-18-01049-CV

Style:  *Mosaic Baybrook One, L.P., Mosaic Baybrook Two, L.P., and Mosaic Residential, Inc. v. Paul Simien*

Type of motion:  Motion to reconsider motion for rehearing en banc

Party filing motion:  Appellants


IT IS ORDERED that the motion to reconsider the motion for rehearing en banc is **denied**.




Judge's signature:  ___/s/ Gordon Goodman_____


En banc court consists of Chief Justice Radack and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris.




Date: April 8, 2021